

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Desmond Akuoh Ntangku

**Civil Action No.** 26-cv-2257-AGS-VET

**Petitioner,**

**V.**

Christopher LaRose

**JUDGMENT IN A CIVIL CASE**

**Respondent.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On June 29, 2026, the Court held a continued hearing on the amended habeas corpus petition. For the reasons set out on the record of both hearings, the amended petition (ECF 13 ) is denied. The case is hereby closed.

**Date:** _____ 07/02/2026 _____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita _____

M. Fujita, Deputy